80,083-01

Clarence Leroy Dighton
TDCJ #1367261
Huntsville Unit
815 12th St.
Huntsville, Texas 77348

April 28,2015

The Office of the Clerk
Texas Court of Criminal appeals
P.O. Box 12308
Austin, Texas 78711

Re: Evidentiary Hearing in writ No.WR-80,083-01

To the Clerk:

On 8/16/2013 relief was "denied without written order the application for writ of habeas corpus on the findings of the trial court **WITHOUT A HEARING**," as stated on the "white card," in the above styled and numbered writ. However, I had a live evidentiary hearing with several witnesses. The Texas State Law Library has stated that no transcripts exist of an evidentiary hearing in the above styled and numbered cause. Please confirm that there is no record of the evidentiary hearing in the habeas record sent to this Court from the trial/habeas court, and the Court of Criminal Appeals did not consider the evidentiary hearing transcripts when denying relief "without a hearing."

Your cooperation in this matter is greatly appreciated.

Clarence Leroy Dighton
1367261

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk

CC//File